**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

INTERNATIONAL BEAUTY v. BEVERIDGE                 No. 05cv2257 BEN (WMc)

HON. WILLIAM McCURINE, JR.                        CT. DEPUTY - RELIEF CRD

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| MICHAEL T. MIHM | STEWART NEUVILLE |

A telephonic Status Conference was held in the above-referenced matter on September 7, 2006, at 9:00 a.m. Appearing were Michael Mihm for Plaintiff and Stewart Neuville for Defendant.

At the Status Conference, the parties represented to the Court that a related, consolidated action is pending in the Los Angeles Superior Court making this district court case unnecessary. Plaintiff shall prepare a Stipulation for Dismissal Without Prejudice of this action to be signed by both Plaintiff's counsel and Defense counsel. **Plaintiff shall lodge the Stipulation directly in Judge McCurine's chambers on or before September 28, 2006**.

The Court orders a further telephonic Status Conference **on September 28, 2006 at 2:00 p.m. (PST)**. Mr. Mihm is ordered to contact Mr. Neuville and then call in jointly to the Court at (619) 557-6624.

_____  Copies to: Counsel of Record        _____ Notified by Telephone

DATE:  September 7, 2006                    INITIALS: _____ Deputy

                                    IT IS SO ORDERED: *[signature]*
                                    William McCurine, Jr., US Magistrate Judge