Michael T. Mihm, SBN 112733
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, Colorado 80202-4767
Telephone: (303) 592-5900
Facsimile: (303) 592-5910

FILED

06 OCT -2 PM 2:23

CLERK. U.S. DISTRICT CO...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for:     Plaintiff INTERNATIONAL BEAUTY PRODUCTS, LLC,
a Colorado limited liability company.

Stewart J. Neuville, Esq., SBN 135492
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064-5024
Telephone: (310) 312-8620
Facsimile: (310) 312-8621

Attorneys for:     Defendants GARTH BEVERIDGE, DINAH BEVERIDGE, and, MUSTANG ENTERPRISES, INC., an administratively dissolved Nevada Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BEAUTY PRODUCTS, LLC, a Colorado limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GARTH BEVERIDGE, an individual, DINAH BEVERIDGE, an individual, and MUSTANG ENTERPRISES, INC., an administratively dissolved Nevada corporation,<br><br>    Defendants. | Case No. 05cv2257-BEN (WMc)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Oral argument not required<br><br>Courtroom 3-4th Floor<br><br>The Honorable Roger T. Benitez |

    Plaintiff International Beauty Products, LLC, by and through its counsel Michael T. Mihm, and Defendants Garth Beveridge, Dinah Beveridge, and Mustang Enterprises, Inc., by and through

1

their counsel Stewart J. Neuville, do hereby stipulate to the dismissal of this entire action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

The parties further stipulate and agree that any costs and attorneys' fees incurred in *International Beauty Products, LLC, et al.*, Case No. 05cv00179-EWN (MJW), United States District Court for the District of Colorado [as transferred, Case No. 05cv2257-BEN (WMc)], shall be treated as if incurred in *Beveridge v. International Beauty Products, LLC, et al*, Case No. BC 344129, Los Angeles Superior Court, as consolidated with *International Beauty Products, LLC v. Beveridge*, Case no. BC 352097, Los Angeles Superior Court. The parties reserve any claims for attorneys' fees and costs, or defenses to such claims, and agree that such claims shall be decided in the Los Angeles Superior Court consolidated litigation.

DATED: September 23, 2006.

Michael T. Mihm, SBN 112733
STARRS MIHM & CASCHETTE LLP

Attorney for Plaintiff International Beauty Products, LLC

Stewart J. Neuville, SBN 135492

Attorney for Defendants Garth Beveridge, Dinah Beveridge, and Mustang Enterprises, Inc.

## ORDER

Upon the parties' stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this entire action hereby is dismissed without prejudice. The parties shall each reserve any claims or defenses to attorneys' fees and costs incurred in this case, as transferred from the U.S. District Court for the District of Colorado, Case No. 05cv00179-EWN (MJW), and such claims and defense shall be preserved for the parties' litigation in Los Angeles Superior Court, *Beveridge v. International Beauty Products, LLC, et al*, Case No. BC 344129, Los Angeles Superior Court (as consolidated with *International Beauty Products, LLC v. Beveridge, et al*, Case no. BC 352097, Los Angeles Superior Court).

Dated 10/02, 2006.

_____
United States District Judge Roger T. Benitez

## PROOF OF SERVICE

My Business address is 1675 Broadway, Suite 1800, Denver, Colorado 80202. I am employed in Denver, Colorado. I am over the age of 18 years and am not a party to this case.

I hereby certify that on September 25, 2006, I served STIPULATION FOR DISMISSAL WITHOUT PREJUDICE on all interested parties in this action by placing a true correct copy thereof enclosed in a sealed envelopes and deposited same in a First Class U.S. Mail receptacle for delivery to the parties listed below: :

Stewart J. Neuville, Esq.
Attorney at Law
11845 W. Olympic Blvd., Suite 100
Los Angeles, CA 90064-5024

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this proof of service was executed on September 25, 2006 at Denver, CO.

Christina Kolb